IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 04-3018MWB |
| vs. | ) | **COUNT 1** |
| | ) | 21 U.S.C. § 846 |
| JUSTIN DANA, MANDY MARTINSON, | ) | 21 U.S.C. § 841(a)(1) |
| TROY MORAN and KRISTOFER VOIGT, | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | 21 U.S.C. § 841(b)(1)(D) |
| Defendants. | ) | 21 U.S.C. § 851 |
| | ) | **COUNT 2** |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | **COUNT 3** |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | **COUNT 4** |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 851 |
| | ) | **COUNT 5** |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | **COUNT 6** |
| | ) | 18 U.S.C. § 924(c)(1)(A) |

**INDICTMENT**

The Grand Jury charges:

## COUNT 1

From about July 2003 through January 14, 2004, in the Northern District of Iowa and elsewhere, the defendants, JUSTIN DANA, having previously been convicted of a felony drug offense, that is, possession of drugs in the fourth degree on or about March 20, 2002, in Faribault County Minnesota District Court, and MANDY MARTINSON, TROY MORAN, and KRISTOFER VOIGT, did knowingly and unlawfully combine, conspire, confederate and agree with each other and with other persons, known and unknown to the Grand Jury, to commit the following offenses against the United States:

1. to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A);
2. to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

This was in violation of Title 21, United States Code, Sections 846 and 851.

## COUNT 2

On or about January 5, 2004, in the Northern District of Iowa, the defendant, KRISTOFER VOIGT possessed methamphetamine, a Schedule II controlled substance, with intent to distribute.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about January 5, 2004, in the Northern District of Iowa, the defendant, TROY MORAN possessed methamphetamine, a Schedule II controlled substance, with intent to distribute.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

On or about January 14, 2004, in the Northern District of Iowa and elsewhere, the defendants, JUSTIN DANA, having previously been convicted of a felony drug offense, that is, possession of drugs in the fourth degree on or about March 20, 2002, in Faribault County Minnesota District Court, and MANDY MARTINSON, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

This was in violation of title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 851.

## COUNT 5

On or about January 14, 2004, in the Northern District of Iowa, the defendant, MANDY MARTINSON, did possess a firearm, that is one Taurus 9mm semi-automatic handgun, serial number TSA15867, in furtherance of and during and in relation to a drug trafficking crime which she may be prosecuted in a court of the United States, that is

conspiracy to manufacture and distribute methamphetamine, in violation of U.S.C. §§ 846 and 841, and possession with intent to distribute methamphetamine, in violation of U.S.C. § 841, as described in Counts 1 and 4 of this indictment.

This was in violation of Title 18, United States Code Section 924(c)(1)(A).

## COUNT 6

On or about January 14, 2004, in the Northern District of Iowa, the defendant, JUSTIN DANA, did possess a firearm, that is one AMT .45 caliber semi-automatic handgun, serial no. DL14755, in furtherance of and during and in relation to a drug trafficking crime which he may be prosecuted in a court of the United States, that is conspiracy to manufacture and distribute methamphetamine, in violation of U.S.C. §§ 846 and 841, and possession with intent to distribute methamphetamine, in violation of U.S.C. § 841, as described in Counts 1 and 4 of this indictment.

This was in violation of Title 18, United States Code Section 924(c)(1)(A).

A TRUE BILL

s/ Foreperson

_____
Foreperson
Dated: April 23, 2004

CHARLES W. LARSON, SR.
United States Attorney

By: s/ Shawn S. Wehde

SHAWN S. WEHDE
Special Assistant United States Attorney