| | |
|---|---|
| DEFENDANT: | TROY MORAN |
| CASE NUMBER: | CR04-3018-003-MWB |

Judgment — Page 2 of 6

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **120 months on Count 1 and 120 months on Count 3 of the Indictment, to be served concurrently.** (Note: if hereafter, the United States Sentencing Guidelines are found to be constitutional, as a whole or in relation to this case, the Court, without further hearing, hereby imposes a sentence of 151 months on Count 1 and 151 months on Count 3 to be served concurrently).

■ The court makes the following recommendations to the Bureau of Prisons:

**It is recommended the defendant participate in the Bureau of Prisons' 500-Hour Comprehensive Residential Drug Abuse Program and be designated to FPC Yankton, South Dakota.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

By delivering I/M Moran to FCI Pekin, IL

Defendant delivered on 11/24/04 to FCI Pekin, IL

at 1130 hrs, with a certified copy of this judgment.

_Roger Arechiga_
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 12/03) Judgment In a Criminal Case
Sheet 1

# United States District Court

## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| TROY MORAN | Case Number: CR04-3018-003-MWB |
| | USM Number: 02873-029 |
| | Mike Frey |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ pleaded guilty to count(s)  **1 and 3 of the Indictment**

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(D) & 846 | Conspiracy to Distribute 500 Grams or More of Methamphetamine Mixture and Marijuana | 01/14/2004 | 1 |
| 21 U.S.C. § 841(a)(1) & 841(b)(1)(C) | Possession With Intent to Distribute Methamphetamine Mixture | 01/05/2004 | 3 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material change in economic circumstances.

October 14, 2004
Date of Imposition of Judgment

*Mark W. Bennett* (signature)
Signature of Judicial Officer

Mark W. Bennett
Chief U. S. District Court Judge
Name and Title of Judicial Officer

10/20/04
Date

A copy of this document has been mailed/faxed to all counsel of record, pro se parties and others listed and not shown as having been served electronically under the cm/ecf system:
Certified copies to USM, USP, USAO, Financial Department on 10/20/04 by kfs

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
Witness my hand and seal of said Court this ___ day of Oct, 20__
By: _____ Deputy