FILED
U.S. DISTRICT COURT
SIOUX CITY ...
NORTHERN DISTRICT OF IOWA
FEB - 7 2005

## CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| IAN | Moran, Troy | | 46290420292 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| CR | 3:04-003018-003 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE |
|---|---|---|---|
| U.S. v. Moran | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** 1) 21 846=CD.F -- CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

**12. ATTORNEY'S NAME AND MAILING ADDRESS**
Frey, Michael
500 - 5th St.
P.O. Box 1828
Sioux City IA 51102
Telephone Number: (712) 255-4444

**13. COURT ORDER**
[X] O Appointing Counsel
Signature: Denise Pickens
Date of Order: 04/26/2004

| CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15a. Arraignment and/or Plea | .5 | | | | |
| b. Bail and Detention Hearings | .3 | | | | |
| c. Motion Hearings | — | | | | |
| d. Trial | — | | | | |
| e. Sentencing Hearings | .5 | | | | |
| f. Revocation Hearings | — | | | | |
| g. Appeals Court | — | | | | |
| h. Other | 3.0 | | | | |
| (Rate per hour = $90.00) TOTALS: | 4.3 | 387.00 | | | |
| 16a. Interviews and Conferences | 8.7 | | | | |
| b. Obtaining and reviewing records | 3.7 | | | | |
| c. Legal research and brief writing | — | | | | |
| d. Travel time | 7.0 | | | | |
| e. Investigative and Other work | — | | | | |
| (Rate per hour = $90.00) TOTALS: | 19.4 | 1,746.00 | | | |
| 17. Travel Expenses | | 167.13 | | | |
| 18. Other Expenses | | — | | | |
| | | 2300.13 | | | |

**19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE** FROM 4-27-04 TO 10-14-04

**22. CLAIM STATUS** [X] Final Payment
Signature of Attorney: Michael ___  Date: 12-14-04

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT |
|---|---|---|---|---|
| 387.00 | 1746.00 | 167.13 | | 2300.13 |

**28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER:** Mark W. Bennett   DATE: 2/7/05   28a. JUDGE/MAG. JUDGE CODE: 6208

Case 3:04-cr-03018-MWB-KEM   Document 146   Filed 02/07/05   Page 1 of 1