PROB 34
03/06

Report and Order Terminating
Probation/Supervised Release

# United States District Court
# For The
# Northern District of Iowa

UNITED STATES OF AMERICA

v.

TROY MORAN            Case No.    CR 04-3018-3-MWB

The above named has complied with the conditions of supervised release imposed by the Court and that the Term of Supervised Release expired on February 9, 2017. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Approved:                                                     Respectfully submitted,

_____      _____
Amber Lupkes                                        Michael A. Mims
Supervising U.S. Probation Officer         Senior U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _____9th_____ day of __February__, 20_17_.

_____
Mark W. Bennett
U.S. District Judge